B6B (Official Form 6B) (12/07)

In re **Larry Brent Averett,** Case No. **2:12-bk-19631-SSC**
**Kristi Bina Averett**
                                                                                          ,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account - Chase #6278** | W | 1,487.90 |
| | | | **Savings Account - Wells Fargo #8754** | W | 24.07 |
| | | | **Checking Account - Chase #7037** | H | 383.85 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Kitchen Table with Chairs($75.00), Dining Room Table with Chairs($150.00), Couch($100.00), Living Room Loveseat($50.00), Coffee Table($50.00), End Tables($25.00), Living Room Lamp($5.00), Living Room Rug($10.00), Beds($50.00), Nightstands($10.00), Dressers($50.00), Bedroom Lamps($5.00), Sets of Bedding($5.00), Framed Family Pictures($100.00), Television($25.00), Washing Machine($50.00), Dryer($50.00), Vacuum Cleaner($10.00)** | C | 820.00 |
| | | | **Television($25.00)** | C | 25.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous Books, Magazines, DVDs, CDs** | C | 250.00 |
| | | | **Coin collection with:** **Postal Commerative Society Washington Uncirculated U.S. Quarter Dollar Coin Collection (partial) - $30** **1968 US 50 cent piece - $5** **1969 US 50 cent piece - $5** **1959 US Quarter - $6** **1964 US Quarter - $6** **1951 US Dime - $3** **1957 US Dime - $3** **1964 US Dime - $3** | C | 61.00 |

|  | Sub-Total > | **3,051.82** |
|---|---|---|
|  | (Total of this page) | |

**4** continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Larry Brent Averett,** Case No. **2:12-bk-19631-SSC**
**Kristi Bina Averett**
,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 6. | Wearing apparel. | | **Miscellaneous Clothing** | **C** | **750.00** |
| 7. | Furs and jewelry. | | **Wedding Rings** | **C** | **50.00** |
| | | | **One Watch** | **C** | **50.00** |
| | | | **One Watch** | **C** | **50.00** |
| | | | **Eight Watches** | **C** | **40.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Bicycles, Sewing Machine and Golf Clubs** | **C** | **160.00** |
| | | | **12-gauge Winchester shotgun ($300) and 22 Marlin 925 .22LR long rifle ($150)** | **C** | **450.00** |
| | | | **Phoenix Arms HP22 (.22LR pistol) - $100 Ruger (.22LR pistol) - $100** | **C** | **200.00** |
| | | | **2 x Homak 6-gun Steel Cabinets** | **C** | **200.00** |
| | | | **Stamp Collection w/ Postal Commerative Society Official U.S. Tributes to Native Americans stamps and H.E. Harris Traveler Stamp Album** | **C** | **50.00** |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Retirement Account - IRA serviced by Fidelity** | **C** | **0.05** |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Foodwise LLC S Corp** | **C** | **14,000.00** |
| | | | **Value in business assets and inventory totals approximately $24,000, and current business liabilities to vendors total approximately $10,000** | | |

Sub-Total > **16,000.05**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

In re **Larry Brent Averett,** Case No. **2:12-bk-19631-SSC**
**Kristi Bina Averett**,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Independent Product Consultants for doTERRA **Interest is non-transferrable without written consent of doTERRA, and any attempt to transfer without written consent renders the contract terminable**** | C | 0.00 |
| | | **Mr Knife Guy LLC** | C | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

In re **Larry Brent Averett,**
**Kristi Bina Averett**,
Debtors

Case No. **2:12-bk-19631-SSC**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Patent Pending on Jars**<br>**Keith L. Jenkins, Registered Patent Attorney, LLC**<br>**2222 N. McQueen Road #2069**<br>**Chandler, AZ 85225-1319**<br><br>**Cell (480) 390-6179**<br>**Fax (480) 718-7598**<br>**Web: www.jenkinspatentlaw.com** | C | 500.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Toyota Prius (38K Miles)**<br><br>**Kelley Blue Book Suggested Retail Value** | C | 16,682.00 |
| | | **2002 Chevrolet Avalanche (106K Miles)**<br><br>**Kelley Blue Book Good Private Party** | C | 9,274.00 |
| | | **Atlas 20ft Box Trailer, damaged and with Foodwise logo permanently painted on sides and back Persoanlly owned by debtors, used in existing businesses for traveling to tradeshows** | C | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Desk and Computer** | C | 200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **filing cabinet ($20), old Samsung printer ($20), 3 folding tables ($45), tool kit ($25), projector ($25), screen ($20), metal shelf ($10)** | C | 165.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

| | Sub-Total > | 27,821.00 |
|---|---|---|
| | (Total of this page) | |

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

| In re | **Larry Brent Averett,** | Case No. **2:12-bk-19631-SSC** |
|---|---|---|
| | **Kristi Bina Averett** | |

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Black refrigerator (not known if functioning) - $50**<br>**2 bookshelves - $20**<br>**old HP printer - $10** | **C** | 80.00 |

Sub-Total > **80.00**
(Total of this page)

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Total > **46,952.87**

(Report also on Summary of Schedules)